```
1   JAY CHAFETZ (California Bar No. 95778)
    LAW OFFICE OF JAY CHAFETZ
2   2033 North Main Street, Suite 750
    Walnut Creek, California 94596
3   Telephone: (925) 933-5890
    Facsimile: (925) 933-5620
4   Email: jaychafetz@jaychafetzlaw.com

5   Attorneys for Plaintiffs
    ROOSEVELT AND ROSE WHITTINGTON
6

7   SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
    United States Attorney
8   JOANN M. SWANSON (California Bar No. 88143)
    Chief, Civil Division
9   LETITIA R. KIM (California Bar No. 200142)
    Assistant United States Attorney
10
        450 Golden Gate Avenue, Box 36055
11      San Francisco, California 94102-3495
        Telephone: (415) 436-7181
12      Facsimile: (415) 436-6748
        Email: letitia.r.kim@usdoj.gov
13
    Attorneys for Defendant
14  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROOSEVELT WHITTINGTON; ROSE WHITTINGTON, | Case No. C 07-0557 MMC |
|---|---|
| Plaintiffs, | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss this action without prejudice.

Stip. for Dismissal w/o Prejudice; [Prop.] Order
Case No. C 07-0557 MMC                    -1-

| | | |
|---|---|---|
| 1 | DATED: April 30, 2007 | LAW OFFICE OF JAY CHAFETZ |
| 2 | | |
| 3 | | /s/ |
| 4 | | By: JAY CHAFETZ<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | DATED: April 30, 2007 | SCOTT N. SCHOOLS<br>United States Attorney |
| 7 | | |
| 8 | | /s/ |
| 9 | | By: LETITIA R. KIM<br>Assistant United States Attorney<br>Attorneys for Defendant |

Stip. for Dismissal w/o Prejudice; [Prop.] Order
Case No. C 07-0557 MMC              -2-

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 30, 2007

_____
MAXINE M. CHESNEY
United States District Judge